■ WESLEY A. BOURCY, Appellant, v MARY LOU BOURCY, Appellant. [913 NYS2d 594]—Appeal from an order of the Supreme Court, Jefferson County (Richard V. Hunt, A.J.), entered November 5, 2009. The order, among other things, determined the distribution and assignment of wind power leases between the parties.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Smith, Green, Pine and Gorski, JJ.

■ MARK P. ZILLIOX, Appellant, v WESTERN NEW YORK SNOWMOBILE CLUB OF BOSTON, INC., Respondent, et al., Defendants. [913 NYS2d 638]—Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered September 9, 2009 in a personal injury action. The order, insofar as appealed from, granted the motion of defendant Western New York Snowmobile Club of Boston, Inc. for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Smith, Green, Pine and Gorski, JJ.